UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GILLIAM, | No. 2:14-cv-02454-MCE-AC |
| Plaintiff, | |
| v. | ORDER |
| MA ELIZA CANGGAS GILLIAM, et al., | |
| Defendants. | |

On June 1, 2015, the court dismissed plaintiff's complaint without leave to amend. ECF Nos. 49, 50. On September 8, 2015, plaintiff filed a motion for relief from judgment under Federal Rule 60, as well as a motion for leave to amend his complaint. ECF Nos. 51, 52. On October 7, 2015, the presiding district judge referred this matter to the undersigned and vacated the hearing scheduled for plaintiff's motion for relief from judgment. ECF No. 56. The next day, plaintiff filed a request to appear telephonically at the vacated hearing. ECF No. 57. On October 15, 2015, plaintiff filed an amended motion for relief from judgment and amended motion for leave to amend, noticed for hearing before the undersigned on November 18, 2015. ECF No. 58. On the same day, plaintiff filed a proposed order granting a motion to appear telephonically at the November 18, 2015, hearing, even though no such request had yet been filed. ECF No. 59. On October 19, 2015, defendant J. Christina Alvarez Aulakh, filed an opposition to plaintiff's request to appear telephonically, arguing that his motion for relief from judgment was filed in bad faith,

1

and that his claims are frivolous. ECF No. 60.

Although plaintiff's October 15, 2015, proposed order does not include an actual request to appear telephonically at the hearing before the undersigned, it is clear he intended such a request. Accordingly, the court will construe plaintiff's proposed order as a request to appear telephonically at the court's November 18, 2015, hearing. The court will grant plaintiff's request, as he lives in Kansas City, Missouri, and has limited income. See ECF No. 57. Defendant Aulakh's argument that plaintiff's request should be denied because his underlying motion for relief from judgment is frivolous is unconvincing. The merits of plaintiff's underlying motion are irrelevant to his request to appear telephonically.

Accordingly, good cause appearing, THE COURT HEREBY ORDERS that:

1. Plaintiff's request to appear telephonically, ECF No. 59, is GRANTED; and

2. Plaintiff's earlier request to appear telephonically, ECF No. 57, is DENIED as moot.

3. Plaintiff is instructed to contact the courtroom deputy, Valerie Callen, at (916) 930-4199 prior to the hearing and advise the court of the telephone number at which he can be reached.

DATED: October 20, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2