UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GILLIAM,

         Plaintiff,

    v.

MA ELIZA CANGGAS GILLIAM, et al.,

         Defendants.

No.  2:14-cv-2454 MCE AC

ORDER

Plaintiff is proceeding in this action in pro per.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 30, 2015, the magistrate judge filed Findings and Recommendations herein (ECF No. 64) which were served on all parties and which contained notice that any objections to the Findings and Recommendations were to be filed within fourteen days.  Only Defendant Debbie S. Magistrado timely filed objections to the Findings and Recommendations.  ECF No. 65.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

1         Accordingly, IT IS HEREBY ORDERED that:

2         1.  The Findings and Recommendations filed November 30, 2015 (ECF No. 64) are

3    ADOPTED IN FULL;

4         2.  Plaintiff's Motion for Relief from Judgment (ECF No. 51) is DENIED; and

5         3.  Plaintiff's Motion for Leave to Amend (ECF No. 52) is DENIED.

6         IT IS SO ORDERED.

7    Dated:  January 11, 2016

8

9                   MORRISON C. ENGLAND, JR., CHIEF JUDGE
                    UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28